**No. 10-10282. Anthony Williams, Petitioner v. United States.**

563 U.S. 1028, 131 S. Ct. 2947, 180 L. Ed. 2d 236, 2011 U.S. LEXIS 4154.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 631 F.3d 110.